```
Gregory C. Nuti (Bar No. 151754)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785
E-mail: gnuti@schnader.com

Beverley Hazlewood Lewis
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, D.C. 20416
Telephone (202) 619-1605
Facsimile (202) 481- 0468

Attorneys for Plaintiff,
United States Small Business Administration in its capacity
as Receiver for Aspen Ventures III, L.P.
```

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Aspen Ventures III, L.P.,<br><br>　　　　　Defendant. | Case No.: C06-04032 JW<br><br>[~~PROPOSED~~] ORDER MODIFYING STAY OF PROCEEDINGS FOR LIMITED PURPOSE<br><br>Date:　　　October 1, 2007<br>Time:　　　9:00 a.m.<br>Location:　280 South First Street,<br>　　　　　　Courtroom 8, 4th Floor<br>Judge:　　　Hon. James Ware |

　　　The Court re-opened this matter and held a hearing on the Receiver's Motion for Order Modifying Stay of Proceedings For Limited Purpose (the "Motion") at the above noted date and time. Gregory C. Nuti of the law firm of Schnader Harrison Segal & Lewis LLP appeared on behalf of the Receiver. Other appearances are as noted on the record. The Court has duly considered the Motion and all supporting pleadings and the other papers and documents submitted in connection therewith, and arguments of counsel.

For the reasons set forth on the record at the hearing, and for other good cause,

IT IS HEREBY ORDERED THAT:

1. The blanket judicial injunction and stay previously imposed in this proceeding by the Stipulated Consent Order of Receivership filed in this Court on October 4, 2006 ("Consent Order") is hereby partially lifted for the limited and sole purpose of authorizing the Receiver to commence and prosecute separate litigation in this Court against Redleaf Group, Inc.,

2. The Receiver, upon entry of this Order, is hereby authorized to file a complaint in the United States District Court for the Northern District of California alleging any and all causes of action and claims it may have in connection with the Aspen Ventures Receivership Estate against Redleaf Group, Inc.;

3. The Receiver is authorized to prosecute to final resolution, by judgment, settlement or otherwise, any and all its claims and causes of action against Redleaf Group, Inc. and further authorized to take any and all steps necessary to collect upon and satisfy any judgment or settlement obtained;

4. Except as specifically modified herein, the Consent Order shall remain in full force and effect.

Dated: October 2, 2007

By: /s/ James Ware
Honorable James Ware
United States District Court Judge