**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                SAN JOSE DIVISION

10   United States Small Business Administration,        NO. C 06-04032 JW
     as Receiver for Aspen Ventures III, LP              NO. C 07-05350 JW

11
                          Plaintiff,                     **ORDER TO SHOW CAUSE RE:**
12        v.                                             **APPOINTMENT OF ALTERNATE**
                                                         **RECEIVER**
13   Redleaf Group, Inc.,

14                        Defendant/Third-Party Plaintiff,
          v.
15
     Aspen Ventures Management, LLC, et al.
16
                          Third-Party Defendants.
17   _____/

18

19        At the June 25, 2008, hearing on the various motions, the Court raised an issue regarding

20   whether a conflict of interests exists in having the SBA act as a receiver in this case.  Accordingly,

21   the parties are ordered to appear before the Court on **July 7, 2008 at 9 a.m.** to show cause, if any,

22   why an alternate receiver should not be appointed to manage the affairs of Aspen Ventures III, LP.

23   On or before **July 2, 2008**, the parties shall file their responses to whether an alternative receiver

24   should be appointed.

25

26   Dated:  June 27, 2008                          _____
                                                     JAMES WARE
27                                                   United States District Judge

28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Beverley Elizabeth Hazlewood beverley.hazlewood@sba.gov
Deirdre M. Digrande deirdre.digrande@klgates.com
Gregory Caesar Nuti gnuti@schnader.com
Jessica L. Grant jgrant@tcolaw.com
Matthew Gordon Ball matthew.ball@klgates.com
Nicholas George Campins ncampins@gmail.com
Stephen E. Taylor staylor@tcolaw.com
William Horsley Orrick EfilingWHO@cpdb.com

**Dated:  June 27, 2008**                              **Richard W. Wieking, Clerk**


                                                      **By:   /s/ JW Chambers**
                                                           **Elizabeth Garcia**
                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California