United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States Small Business Administration, | NO. C 06-04032 JW |
| | NO. C 06-04034 JW |
| Plaintiff, | NO. C 07-05350 JW |
| v. | |
| Redleaf Group, Inc., | **ORDER VACATING ORDER TO SHOW CAUSE RE: APPOINTMENT OF ALTERNATIVE RECEIVER** |
| Defendant, Third-Party Plaintiff, | |
| v. | |
| Aspen Ventures Management III LLC, et al. | |
| Third-Party Defendant. | |

Upon consideration, the Court finds that it is not necessary to appoint an alternative receiver at this time. Accordingly, the Court VACATES its Order to Show Cause re: Appointment of Alternate Receiver. (See Docket Item No. 118.)

Dated: September 19, 2008

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Beverley Elizabeth Hazlewood beverley.hazlewood@sba.gov
Deirdre M. Digrande deirdre.digrande@klgates.com
Gregory Caesar Nuti gnuti@schnader.com
Jessica L. Grant jgrant@tcolaw.com
Matthew Gordon Ball matthew.ball@klgates.com
Nicholas George Campins ncampins@tcolaw.com
Stephen E. Taylor staylor@tcolaw.com
William Horsley Orrick EfilingWHO@cpdb.com

**Dated: September 19, 2008**                            **Richard W. Wieking, Clerk**

                                                          **By:   /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**