Gregory C. Nuti (Bar No. 151754)
E-Mail: gnuti@schnader.com
Joseph J. Orzano (Bar No. 262040)
E-Mail: jorzano@schnader.com
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA  94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Beverley Hazlewood Lewis
Trial Attorney, Office of General Counsel
U.S. Small Business Administration
409 3rd Street, S.W., Suite 7200
Washington, D.C.  20416
Telephone (202) 619-1605
Facsimile (202) 481- 0468

Attorneys for United States Small Business Administration
in its capacity as Receiver for Aspen Ventures III, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ASPEN VENTURES III, LP,<br><br>    Defendant. | Case No. C06-04032 JW<br><br>**ORDER APPROVING THE PROCEDURES FOR WINDING UP AND TERMINATING THE RECEIVERSHIP** |

   This matter came upon the Motion of the U.S. Small Business Administration ("SBA") as Receiver ("Receiver") for Aspen Ventures III, L.P. ("Aspen III") for an Order Approving the Procedures for Winding Up and Terminating the Receivership (the "Motion").  After careful consideration, this Court, being duly advised on the merits of the Motion,

PHDATA 3322419_1

IT IS HEREBY ORDERED THAT:

The Receiver's Motion is GRANTED in its entirety. The form and manner of the procedures for winding up and closing the Aspen III receivership as set forth in the Receiver's Motion are hereby APPROVED.

1. Within ninety (90) days of receipt of notification of the entry of this Wind up Order, the Receiver and its agents shall perform and finalize any and all administrative and accounting tasks necessary to implement the provisions herein in order to wind up and terminate the Aspen III receivership and discharge the Receiver, its agents, attorneys, contractors, the SBA and its employees, and all other persons who have acted on the Receiver's behalf.

2. The Receivers' agents shall perform all final administrative and accounting tasks necessary to wind up and close the Aspen III receivership estate in an orderly manner, and to discharge the Receiver and its agents. These tasks include, but are not limited to: (1) finalizing the receivership accounting books and records, including the preparation of cash information to enable the general partner, Aspen Ventures Management III, LLC, to prepare and file tax return(s) for tax year 2010 and other tax returns that may come due after the termination of the receivership; (2) arranging for the return of control of Aspen III to its General Partner; (3) remitting payments or assigning assets from the estate in accordance with this Court's Order dated March 12, 2009; and (4) arranging for the disposition of Aspen III's books and records as set forth herein.

3. Any and all expenses associated with the windup and closing procedures shall be charged and payable as administrative expenses of the Aspen III receivership. The Receiver is hereby authorized to prepay monies to agents, accountants and others to facilitate the closing of the receivership after the receivership bank account is closed. Any funds not expended in the closing of the receivership shall be remitted to SBA, Aspen III's Preferred Limited Partner, in accordance with this Court's March 12, 2009 Order.

4. The Receiver shall unconditionally transfer and/or assign all remaining assets of Aspen III, whether legal or equitable, acquired through stock purchases, mortgage, pledge, assignment, delivery or otherwise, whether real property, personal property or mixed to SBA,

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

PHDATA 3322419_1

1  Aspen III's Preferred Limited Partner, in accordance with this Court's Order, dated March 12,
2  2009.  Such transfer and assignment documents shall provide for the unconditional assignment,
3  transfer and delivery of the asset(s) to the SBA, to the attention of Michele L. Pittman, Chief,
4  Receivership Operations, U.S. Small Business Administration, 409 Third Street, S.W., Sixth
5  Floor, Washington, D.C. 20416.
6      5.   This Court hereby appoints and authorizes either Richard E. Moser, Principal
7  Agent for the Receiver, or Michele L. Pittman, Chief, Receivership Operations, or such other
8  agent or employee as SBA in its sole discretion shall designate, to (i) sign and execute on behalf
9  of, and as agent for, the Receiver any and all papers necessary to effect any transfer(s) and
10 assignment(s) to SBA as described in paragraph 3 above, and (ii) sign and execute on behalf of,
11 and as agent for, the Receiver any and all papers necessary to wind up and close the Aspen III
12 receivership.
13      6.   Within ninety (90) days after receiving notification of the entry of this Order, the
14 Receiver shall transfer and deliver to Aspen III's General Partner, Aspen Ventures Management
15 III, LLC, c/o David Crockett, 10898 Mora Drive, Los Altos CA 94024-6538 the accounting
16 records of the Aspen III receivership that may be necessary to enable the general partner to
17 prepare and file tax returns for the year 2010 and for any tax returns that may come due after
18 termination of the Aspen III receivership.  In the event that the General Partner does not accept
19 the accounting records of the Aspen III receivership, the Receiver is authorized to transfer such
20 accounting records to SBA for delivery to the Federal Records Center to be stored in accordance
21 with paragraph 7 below.  In the event that Aspen III's partners wish to obtain copies of the
22 subject accounting records, the partner(s) shall serve a written request upon SBA, to the attention
23 of Michele L. Pittman, Chief, Receivership Operations, U.S. Small Business Administration, 409
24 Third Street, S.W., Sixth Floor, Washington, D.C. 20416.
25      7.   The Receiver shall transfer and deliver to Aspen III's General Partner the pre-
26 receivership books, records and files of Aspen III, including all portfolio asset files that were
27 closed pre-receivership, except that those files relating to assets being transferred to SBA shall
28 be transferred and delivered to the SBA and stored at the Federal Records Center in accordance

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

PHDATA 3322419_1

with paragraph 7 below. The Receiver shall serve the General Partner with written notice estimating the files to be transferred and delivered. The notice shall be served on David Crockett, Aspen Ventures Management III, LLC, 10898 Mora Drive, Los Altos CA 094024-6538 via U.S. Certified Mail, postage prepaid, return receipt requested. The notice shall request written confirmation from Aspen III's General Partner that in the event the General Partner does not wish to have pre-receivership records returned to it, the Receiver is authorized to destroy such records by the most cost effective means. The Receiver is authorized to destroy, by the most cost effective means, pre-receivership documents: (1) that the General Partner has indicated it does not wish to have returned; (2) where service of the Receiver's written notice has not been effected within fifteen (15) days after mailing by the Receiver; (3) where delivery has been refused; (4) where there has been no response from Aspen III's General Partner within fifteen (15) days after mailing by the Receiver.

8.  The Receiver is authorized to transfer to SBA and deliver to the Federal Record Center any receivership records and files not delivered to Aspen III's General Partner or not destroyed in accordance with paragraph 7 above, and to destroy such records and files six years from the date of entry of this Order. In the event that Aspen III's partners wish to obtain copies of records and files subject to this provision, the partner(s) shall serve a request upon SBA, to the attention of Michele L. Pittman, Chief, Receivership Operations, U.S. Small Business Administration, 409 Third Street, S.W., Sixth Floor, Washington, D.C. 20416, within six years after the entry of this Order.

9.  The Receiver is authorized to surrender Aspen III's SBIC license to the SBA, to the attention of Michele L. Pittman, Chief, Receivership Operations, U.S. Small Business Administration, 409 Third Street, S.W., Sixth Floor, Washington, D.C. 20416, and the SBA is authorized to revoke said SBIC license upon entry of this Order.

10. The Receiver shall file a Final Receiver's Report with the Court confirming that it has completed the procedures enumerated in this Order for winding up the Aspen III receivership. The Receiver's Report shall include a Final Cash Receipts and Disbursement

Summary from the date of inception of the receivership, October 04, 2006, through the date of closing of the receivership bank account.

11. The Receiver is authorized to unconditionally transfer and return control of Aspen III to its General Partner, Aspen Ventures Management III, LLC, which transfer shall not be effective unless and until the Receiver has completed its duties under this Order and unless and until this Court enters an Order discharging the Receiver.

12. The Receiver shall notify the General Partner and Limited Partners of Aspen III of the wind up and closing of the receivership, the revocation of the SBIC license, and the transfer of control of Aspen III to its General Partner.

**IT IS SO ORDERED** this 2nd day of September 2010, in San Jose, California.

_____
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: 415-364-6700

PHDATA 3322419_1

5
Order Approving the Procedures for Winding Up and Terminating the Receivership