IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Of America, | NO. C 06-04032 JW |
|     Plaintiff, | **ORDER CLOSING CASE** |
|   v. | |
| Aspen Ventures III, L.P., | |
|     Defendant. | |

On November 12, 2012, the Court issued a Final Order in this case. (Docket Item No. 62.) In light of the Court's Final Order, the Court ORDERS that this case be closed.

The Clerk shall immediately close this file.

Dated: August 27, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Beverley Elizabeth Hazlewood beverley.hazlewood@sba.gov
Edwin L. Joe Edwin.Joe@SBA.GOV
Gregory Caesar Nuti gnuti@schnader.com
Joseph J. Orzano jorzano@seyfarth.com

**Dated: August 27, 2012**　　　　　　　　　　　　**Richard W. Wieking, Clerk**

**By:　　/s/ JW Chambers　　　　　**
　　　　**William Noble**
　　　　**Courtroom Deputy**